# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FRED LOHR AND JOLENE K. FOUSE, | : | No. 209 MAL 2019 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| SARATOGA PARTNERS, L.P. AND | : | |
| HUNTINGDON COUNTY TAX CLAIM | : | |
| BUREAU, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the lack of a right to redemption under the Real Estate Tax Sale Law (RETSL) 72 P.S. §5860.101 *et seq.*, violates the Equal Protection Clause of the United States Constitution and Article III of the Pennsylvania Constitution[?]